**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**
_____

MOHAMAD AHMAD MURAI,

                Petitioner,

v.

                                    Case No. 20-10816

REBECCA ADDUCCI,
MATTHEW T. ALBENCE,
KEVIN MCALEENAN, and
WILLIAM P. BARR,

                Respondents.
_____/

**JUDGMENT**

In accordance with the "Opinion and Order Denying Petition for Writ of Habeas Corpus" entered on May 18, 2020,

IT IS ORDERED AND ADJUDGED that judgment is entered for Respondents Rebecca Adducci, Matthew T. Albence, Kevin McAleenan, and William P. Barr, and against Petitioner Mohamad Ahmad Murai. Dated at Port Huron, Michigan, May 18, 2020.

                                DAVID J. WEAVER
                                CLERK OF THE COURT

                                By: s/Lisa Wagner
                                  Lisa Wagner, Case Manager
                                  to Judge Robert H. Cleland

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\20-10816.MURAI.Habeas.Judgment.docx